UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISS FACILITY SERVICES, INC.,

                Plaintiff,

      v.

FEDCAP REHABILITATION SERVICES, INC.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-10-20

20-CV-6591 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the parties' joint motion, discovery in this case is hereby stayed pending resolution of Defendant's motion to dismiss. The initial pre-trial conference, scheduled for November 13, 2020, is therefore adjourned sine die.

SO ORDERED.

Dated:    November 10, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge