UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISS FACILITY SERVICES, INC.,

                Plaintiff,

-against-                              20 **CIVIL** 6591 (RA)

## **JUDGMENT**

FEDCAP REHABILITATION SERVICES, INC.,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 2, 2021, the motion to dismiss is granted, albeit without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       July 2, 2021

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

BY:               _____
                                                    **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021